UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FREDILITO TUMBAGA; EVAN TUMBAGA; JUSTIN TUMBAGA; and, JAYDEN TUMBAGA , a minor, by EVAN TUMBAGA, his parent,

    Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALASKA NATIVE MEDICAL CENTER; FRANCES R. WILSON, MD; ERIK P. KOHLER, MD; ALVARO TESTA, MD; , MARK THORNDIKE, MD; ALASKA NATIVE TRIBAL HEALTH CONSORTIUM; TRANSCARE MEDICAL SERVICES, INC., and, YUKON KUSKOKWIM HEALTH CORP. dba AEROMED INTERNATIONAL TRANSPORT CO.,

    Defendants.

CASE NO. _____

## COMPLAINT

Peter R. Ehrhardt
FRIEDMAN RUBIN & WHITE
215 Fidalgo Ave., Ste. 203 • Kenai, Alaska 99611
Tele: (907) 283-2876 • Fax: (907) 283-2896

## COMPLAINT

**COME NOW** the Plaintiffs FREDILITO TUMBAGA, EVAN TUMBAGA, JAYDEN TUMBAGA and JUSTIN TUMBAGA, by and through counsel Blaine Gilman of Robertson Monagle & Eastaugh and Peter Ehrhardt of the Law Offices of Friedman, and for their causes of action against defendants state as follows:

## The Parties

1. Plaintiffs were at all times relevant residents of the State of Alaska, Third Judicial District.

2. Plaintiffs Fredilito Tumbaga and Evan Tumbaga are married. Justin Tumbaga and Jayden Tumbaga are their two sons. Jayden is a minor.

3. Defendant UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES ("DHHS") was at all times relevant an agency of the United States government.

4. Defendant ALASKA NATIVE MEDICAL CENTER ("ANMC") is owned and operated by DHHS.

5. Defendant YUKON KUSKOKWIM HEALTH CORP. dba AEROMED INTERNATIONAL TRANSPORT CO. is an Alaskan Native Regional Corporation with its headquarters in Bethel, Alaska.

6. Defendant, TRANSCARE MEDICAL SERVICES, INC., is an Alaska corporation, with its principal place of business in Anchorage, Alaska.

7. Defendant ALASKA NATIVE TRIBAL HEALTH CONSORTIUM ("ANTHC") employs ANMC physicians.

8. Defendant Frances Wilson and the other physician defendants are residents of Alaska and licensed medical doctors employed by ANMC and upon information and belief, also employees of ANTHC and DHHS.

Peter R. Ehrhardt
FRIEDMAN RUBIN & WHITE
215 Fidalgo Ave., Ste. 203 • Kenai, Alaska 99611
Tele: (907) 283-2876 • Fax: (907) 283-2896

## Factual Background

9. On October 30, 2004, 36 year old Fredilito Tumbaga was admitted at ANMC. Earlier that day, Mr. Tumbaga had sustained a spinal fracture and dislocation at C4-C5. He was admitted to the Surgical Intensive Care Unit at ANMC. On October 30, 2004, a cord decompression and fixation of C4 on C5 was performed. Mr. Tumbaga was sedated until postoperative day number three.

10. Mr. Tumbaga transferred out of the Surgical Intensive Care Unit on November 4, 2004. He remained hospitalized at ANMC.

11. On November 10, 2004 Mr. Tumbaga was determined to be stable for transfer to a spinal cord injury unit at the University of Washington in Seattle.

12. Defendant Wilson noted that postoperatively and before transport, Mr. Tumbaga required a CT angio to rule out blunt carotid injury.

13. The CT Angiogram is a test designed to look for damage to arteries in the neck. If an artery is stretched when neck vertebrae are damaged, the inside lining can be torn. When this occurs, clots and blockage can occur resulting in stroke. A CT Angiogram allows artery blockage to be clearly seen and is considered the appropriate medical standard to be followed.

14. In spite of this order a CT Angiogram was not performed on Mr. Tumbaga. Instead, on November 9, 2004 the day before transport, Drs. Kohler,

- 3 -

Wilson, Testa and Thorndike and the other ANMC and ANTHC physicians negligently ordered and performed other tests which were medically inappropriate and inadequate.

15. Thereafter, Dr. Wilson and other ANMC and ANTHC physicians negligently signed a Physician Certification Statement for Ambulance Transport certifying that Mr. Tumbaga was stable and ready for non-emergency transport to Seattle.

16. On November 10, 2004 at 8:15 AM, Mr. Tumbaga was delivered to defendant Aeromed International by defendant Transcare Medical Services, Inc., with a discharge summary attached to the transport authorization. Defendants Transcare and Aeromed were negligent in transporting Mr. Tumbaga in his apparent state of distress and in total disregard for the health and welfare of Mr. Tumbaga after his family indicated to defendants that Mr. Tumbaga was in a state of distress.

17. Almost immediately, Aeromed employees noted that Mr. Tumbaga was "confused as to place and time". The plane did not depart for several hours. At 8:40 AM Aeromed negligently administered six milligrams of morphine to Mr. Tumbaga. Again at 9:15 AM Aeromed negligently administered an additional four milligrams of morphine.

18. Even though Aeromed observed that by 9:20 AM Mr. Tumbaga was "thrashing about", instead of aborting the flight and immediately obtaining emergency care for Mr. Tumbaga, Aeromed negligently

Peter R. Ehrhardt
FRIEDMAN RUBIN & WHITE
215 Fidalgo Ave., Ste. 203 • Kenai, Alaska 99611
Tele: (907) 283-2876 • Fax: (907) 283-2896

departed for Seattle. During the flight, Aeromed negligently administered an additional 10 milligrams of morphine.

19. Upon arrival into Seattle, Mr. Tumbaga was immediately placed in ICU at the University of Washington Hospital. He was diagnosed with a cerebellar infarct edema.

20. In Seattle, surgeons performed a brain surgery removing part of Mr. Tumbaga's damaged brain. They also evacuated a clot out of the injured vertebral arteries.

### Negligence of DHHS, ANMC, ANTHC and Defendant Doctors

21. DHHS, ANMC, ANTHC and its employee doctors and staff were negligent. Their failure to perform a standard post surgical test, the CT Angiogram, resulted in a failure to diagnose and treat damage and clotting in Mr. Tumbaga's vertebral arteries.

22. Additionally, ANMC, ANTHC and its employee doctors and staff negligently certified that it was safe to transport Mr. Tumbaga to Seattle. Had proper tests been performed and had Mr. Tumbaga been properly evaluated by ANMC, its doctors and staff, Mr. Tumbaga would not have been transported and would not have suffered a massive stroke during transport and resulting total impairment.

23. Additionally, ANMC, ANTHC and its employee doctors and staff were negligent in other respects to be proven with more specificity at trial.

24. As a direct and proximate result of the negligence of DHHS, ANMC, ANTHC and its employee doctors and staff, Mr. Tumbaga sustained a Cerebral stroke on right-bilateral cerebellar infarct; Ataxia; Central Cord Syndrome; Dementia; chronic respiratory failure; suboccipital craniectomy; neurocognitive deficits; Diplopia; left eye abduction paralysis & double vision; Dysphagia; left shoulder pain; neck pain; abdominal pain; anxiety; agitation; depression; medical expenses, past, present & future; lost income, past, present & future; loss of consortium, loss of enjoyment of life; pain and suffering and additional injuries to be proven with more specificity at trial, but in excess of $1,000,000.00.

25. On April 24, 2006, Plaintiff Fredilito Tumbaga's claims were presented to the DHHS in accordance with the Federal Tort Claims ACT (FTCA) 28 USC §§2671-2680. After the agency had the claim for six months and failed to settle or deny it, the claimant does, at his option, deem the claim denied and file suit in federal court. [Ex. A]

### Negligence of Aeromed & TransCare Medical Services, Inc.

26. Aeromed and Transcare were negligent in failing to properly monitor Mr. Tumbaga's condition, improperly administered drugs to Mr. Tumbaga, during the transportation of Mr. Tumbaga while he was medically unfit to travel and in other respects to be proven with more specificity at trial.

Peter R. Ehrhardt
FRIEDMAN RUBIN & WHITE
215 Fidalgo Ave., Ste. 203 • Kenai, Alaska 99611
Tele: (907) 283-2876 • Fax: (907) 283-2896

27. As a direct and proximate result of the negligence of defendants Aeromed and Transcare, Mr. Tumbaga sustained a Cerebral stroke on right-bilateral cerebellar infarct; Ataxia; Central Cord Syndrome; Dementia; chronic respiratory failure; suboccipital craniectomy; neurocognitive deficits; Diplopia; left eye abduction paralysis & double vision; Dysphagia; left shoulder pain; neck pain; abdominal pain; anxiety; agitation; depression; medical expenses, past, present & future; lost income, past, present & future; loss of consortium, loss of enjoyment of life; pain and suffering and additional injuries to be proven with more specificity at trial, but in excess of $1,000,000.00.

## Claims of Evan Tumbaga, Justin Tumbaga and Jayden Tumbaga

28. As a direct and proximate result of all the Defendants' negligence, plaintiffs Evan Tumbaga, Justin Tumbaga and Jayden Tumbaga lost the care, comfort, society, consortium, companionship and services of their husband and father plaintiff Fredilito Tumbaga, have been injured thereby, and are entitled under law to recover against Defendants for these losses in an amount in accord with proof at trial but in excess of $1,000,000.00.

29. On April 24, 2006, Plaintiffs Evan Tumbaga, Justin Tumbaga and Jayden Tumbaga claims were presented to the DHHS in accordance with the Federal Tort Claims ACT (FTCA) 28 USC §§ 2671-2680. After the agency
Peter R. Ehrhardt
FRIEDMAN RUBIN & WHITE
215 Fidalgo Ave., Ste. 203 • Kenai, Alaska 99611
Tele: (907) 283-2876 • Fax: (907) 283-2896

had the claims for six months and failed to settle or deny it, the claimants, as their option, deem the claims denied and file suit in federal court. [Exs. B-D]

WHEREFORE, Plaintiffs pray for relief as follows:

1. For compensatory damages
2. For costs, attorney's fees, and prejudgment interest; and
3. For such other relief as the Court deems just and proper.

DATED this 24th day of October, 2006.

FOR PLAINTIFFS:

PETER R. EHRHARDT - ASBA 8006016
Attorney for Plaintiff

ROBERTSON MONAGLE & EASTAUGH

BLAINE GILMAN - ASBA 8611112

Peter R. Ehrhardt
FRIEDMAN RUBIN & WHITE
215 Fidalgo Ave., Ste. 203 • Kenai, Alaska 99611
Tele: (907) 283-2876 • Fax: (907) 283-2896