Howard A. Lazar
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501
907-279-3581 Ph.
907-277-1331 Fax
hal@delaneywiles.com

Attorneys for Defendant
Alvaro Testa, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FREDILITO TUMBAGA; EVAN TUMBAGA; JUSTIN TUMBAGA; and, JAYDEN TUMBAGA, a minor, by EVAN TUMBAGA, his parent,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA & ALVARO TESTA, MD,<br><br>    Defendants. | Case No. 3:06-cv-00247-RRB |

~~(PROPOSED)~~ ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon stipulation of the parties and the Court being fully apprised in the premises, IT IS HEREBY ORDERED that the claims asserted in this action against Alvaro Testa, M.D. are dismissed with prejudice, with all parties bearing their own costs and fees with regards to the claims asserted against Alvaro Testa, M.D.

DATED this 29 day of January 2008, at Anchorage, AK.

_____
UNITED STATES DISTRICT COURT JUDGE

138398

(PROPOSED) ORDER FOR DISMISSAL WITH PREJUDICE
TUMBAGA V. UNITED STATES OF AMERICA & ALVARO TESTA, MD
CASE NO. 3:06-cv-00247-RRB                                    PAGE 2 OF 2