**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FREDILITO TUMBAGA, et al.,
    Plaintiffs,

Case Number 3:06-cv-00247-SLG

v.

UNITED STATES OF AMERICA,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiffs recover nothing, the action be dismissed on the merits, and the defendant United States of America recover costs in the amount of $_____ from plaintiffs Fredilito Tumbaga, Evan Tumbaga, Jaden Tumbaga, and Justin Tumbaga by Evan Tumbaga, his parent.

APPROVED:

/s/Sharon L. Gleason
SHARON L. GLEASON
United States District Judge

Date: August 7, 2012

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh
Marvel Hansbraugh,
Clerk of Court

[306cv247SLG-judgment.wpd]{JMT2.WPT*Rev.3/03}