Michael W. Flanigan
FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF ALASKA

| | |
|---|---|
| FREDILITO TUMBAGA, EVAN TUMBAGA, JADEN TUMBAGA, AND JUSTIN TUMBAGA BY EVAN TUMBAGA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | Case No. 3:06-cv-247-SLG |

## **NOTICE OF APPEAL**

Notice is hereby given that plaintiffs' Fredilito Tumbaga, Evan Tumbaga, Jaden Tumbaga and Justin Tumbaga hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment in the above named case finding in favor of the defendant in this matter dated August 7, 2012 and the denial of Plaintiff's motion to alter or amend the Judgment decided 9/21/12.

*Notice of Appeal*
*Tumbaga v. USA,* 3:06-cv-247-SLG PAGE 1 OF 2
Case 3:06-cv-00247-SLG   Document 236   Filed 10/16/12   Page 1 of 2

DATED this 16th day of October, 2012.

        FLANIGAN & BATAILLE
        ATTORNEYS FOR PLAINTIFF
        /s/ Michael W. Flanigan, ABN #7710114
        1007 W. 3rd Ave., Ste 250
        Anchorage, Alaska, 99517-1014
        (907) 279-9999 Phone/ (907) 258-3804 Fax
        E-Mail: mflanigan@farnorthlaw.com

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true and correct copy of:
*Notice of Appeal*
was served by electronic means this 16th day of October, 2012 on:

| Susan Lindquist | Peter R. Ehrhardt |
|---|---|
| Blaine D. Gilman | |

_____s/ Michael W. Flanigan_____
      FLANIGAN & BATAILLE

*Notice of Appeal*
*Tumbaga v. USA,* 3:06-cv-247-SLG     PAGE 2 OF 2
Case 3:06-cv-00247-SLG    Document 236    Filed 10/16/12    Page 2 of 2

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999 Fax 907-258-3804