UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FREDILITO TUMBAGA; et al.,

        Plaintiffs - Appellants,

v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

No. 12-35852

D.C. No. 3:06-cv-00247-SLG
U.S. District Court for Alaska,
Anchorage

**MANDATE**

The judgment of this Court, entered August 29, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Rhonda Roberts
        Deputy Clerk